CRIMINAL COMPLAINT

| United States District Court | DISTRICT of ARIZONA |
|---|---|
| United States of America<br>v.<br>**Richard Lee Richards**<br>DOB: 1960; United States Citizen | DOCKET NO.<br><br>MAGISTRATE'S CASE NO.<br>19-02267MJ |

Complaint for violation of Title 8 United States Code § 1324(a)(1)(A)(ii) and 1324(a)(1)(B)(i)

**COMPLAINANT'S STATEMENT OF FACTS CONSTITUTING THE OFFENSE OR VIOLATION:**

On or about August 28, 2019, at or near Nogales, in the District of Arizona, **Richard Lee Richards**, knowing or in reckless disregard that certain aliens, including Jorge Ivan Martinez-Romero and Leonel Galindo-Camarillo, had come to, entered, and remained in the United States in violation of law, did transport and move said aliens within the United States by means of transportation and otherwise, in furtherance of such violation of law and did so for the purpose of private financial gain; in violation of **Title 8, United States Code, Sections 1324(a)(1)(A)(ii) and 1324(a)(1)(B)(i).**

**BASIS OF COMPLAINANT'S CHARGE AGAINST THE ACCUSED:**

On August 28, 2019, Border Patrol agents observed three individuals approaching the Silver Load gate approximately three miles north of the U.S. border with Mexico near Nogales, Arizona. The three individuals were seen entering a small blue sedan. Agents stopped the vehicle, a 1991 Saturn, and identified the driver as **Richard Lee Richards**. There were three passengers in the vehicle all hunched over in the back seat wearing camouflage clothing. The three passengers in the vehicle were determined to be illegal aliens and identified as Jorge Ivan Martinez-Romero, Leonel Galindo-Camarillo, and a juvenile.

Material witness Jorge Ivan Martinez-Romero said he paid $8,000 Mexican Pesos to be smuggled into the U.S. illegally and crossed illegally in a group of three including the guide. They walked to the load up spot and a blue sedan approached them. They got into the vehicle and the driver told them to get down and hide so that no one would see them in the vehicle. Material witness Leonel Galindo-Camarillo said he entered the U.S. illegally and he found a vehicle parked on the side of the road and offered the driver $2,000 to drive him to a safe location. He got into the vehicle and a few minutes after entering the vehicle, they were stopped by Border Patrol.

MATERIAL WITNESSES IN RELATION TO THE CHARGE: Jorge Ivan Martinez-Romero and Leonel Galindo-Camarillo

| DETENTION REQUESTED<br>*Being duly sworn, I declare that the foregoing is true and correct to the best of my knowledge.*<br>JW/drh<br>AUTHORIZED AUSA Jane Westby | SIGNATURE OF COMPLAINANT<br><br>OFFICIAL TITLE<br>Border Patrol Agent |
|---|---|
| Sworn to before me and subscribed in my presence. | |
| SIGNATURE OF MAGISTRATE JUDGE[1] | DATE<br>August 29, 2019 |

1) See Federal rules of Criminal Procedure Rules 3 and 54